UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM AYERS, | : | |
| Petitioner | : | |
| v. | : | CIVIL ACTION NO. 3:18-2093 |
| LACKAWANNA COUNTY DISTRICT ATTORNEY'S OFFICE, et al., | : | (JUDGE MANNION) |
| Respondents | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED** for purposes of filing the petition.

2. The petition (Doc. 1) is **DEEMED** filed.

3. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED**.

4. The Clerk of Court shall **CLOSE** this case.

5. Petitioner's motion for appointment of counsel (Doc. 3) is **DISMISSED** as moot.

6. There is no probable cause to issue a certificate of appealability.[1]

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 10, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-2093-01-order.wpd

---

[1]Jurists of reason would not debate the procedural or substantive disposition of the Petitioner's claims. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Therefore, no certificate of appealability will be granted. See id.